IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHILLIP STEWART                                                                                    PLAINTIFF
ADC #151956

v.                          CASE NO. 4:19-CV-00934 BSM

MARTIN, et al.                                                                                     DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Patricia S. Harris [Doc. No. 2] has been received. After *de novo* review of the record, the RD is adopted. Phillip Stewart's motion for leave to proceed *in forma pauperis* is denied, and this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE